

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG ▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

January 17, 2023

**Via CM/ECF**
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2023

RE:  *Zinnamon v. Kontoor Brands, Inc.*
         Case No.: 1:22-cv-05437-MKV

Dear Judge Vyskocil:

   We represent the Plaintiff in the above-referenced matter.  We write jointly with Defendant's counsel to respectfully request a thirty (30) day extension of time for the parties to file any request for reinstatement.  The new due date would be February 22, 2023.  The requested extension will afford the parties an opportunity to finalize our settlement papers.

   This is the first such request in this matter.

   We thank the Court for its kind consideration and courtesies.

                                                          Respectfully Submitted,


                                                          */s/ Mark Rozenberg*
                                                          By:  Mark Rozenberg, Esq.

**Granted. SO ORDERED.**

Date: 1/17/2023
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge